[No. 55598-7-I.   Division One.   April 10, 2006.]

THE STATE OF WASHINGTON, *Respondent,* v. JAMES FLOWERS, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 04-1-03607-7, Anthony P. Wartnik, J., entered December 29, 2004. *Affirmed in part* and *remanded* by unpublished per curiam opinion.

[No. 55688-6-I.   Division One.   April 10, 2006.]

DONNA J. MARTIN, *Plaintiff,* v. LESLY WARD ET AL., *Defendants.*

LESLY WARD ET AL., *Appellants,* v. UNION BANK OF CALIFORNIA, *Respondent.*

Appeal from a judgment of the Superior Court for King County, No. 02-2-10127-5, Mary E. Roberts and Anthony P. Wartnik, JJ., entered January 18, 2005. *Affirmed in part, reversed in part,* and *remanded* by unpublished opinion per Baker, J., concurred in by Appelwick, C.J., and Cox, J.

[No. 55878-1-I.   Division One.   April 10, 2006.]

CLEAR CHANNEL OUTDOOR, INC., *Appellant,* v. SEATTLE POPULAR MONORAIL AUTHORITY ET AL., *Respondents.*

Appeal from a judgment of the Superior Court for King County, No. 04-2-15527-4, Linda Lau, J., entered February 11, 2005. *Affirmed* by unpublished opinion per Coleman, J., concurred in by Appelwick, C.J., and Grosse, J.

[No. 55952-4-I.   Division One.   April 10, 2006.]

THE STATE OF WASHINGTON, *Respondent,* v. ANGELO JOAQUIN SALAZAR, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 04-1-06434-8, Mary Yu, J., entered March 14, 2005. *Affirmed* by unpublished per curiam opinion.